IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LOUIS EDWARD COLEMAN, ) | |
| ID #1504437, ) | |
| Petitioner, ) | |
| vs. ) | No. 3:10-CV-0392-O (BH) |
| ) | |
| RICK THALER, Director, ) | Referred to U.S. Magistrate Judge |
| Texas Department of Criminal ) | |
| Justice, Correctional Institutions Division, ) | |
| Respondent. ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, petitioner's motion to proceed *in forma pauperis* is **DENIED**. By separate judgment, the Court dismisses this action for the failure of petitioner to pay the filing fee.

**SIGNED this 20th day of April, 2010.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**